# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILLIAMS, LORENDA OVERMAN, GERALD CHIARIELLO II, CHARLES PENCINGER, STEVE OETEGENN, BRIAN GILDERMAN, JOSEPH RAMOS, ADAM DANIEL JACKS, MARK D. COOPERMAN, GERALD L. WASHINGTON, EARNEST J. CAMILLERI, JR., SCOTT MARKOWITZ, JOE DiORIO, THOMAS BLATT, MATTHEW J. BONZELLA, JOE GARSETTI, PHILIP KIRSOPP. WILLIAM KRATZ, WILLIAM NEFF and JAMES R. KRAPF on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>YAMAHA MOTOR CO., LTD. and YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>       Defendants. | Case No. 2:13-cv-5066 BRO (VBK)<br>*Consolidated with* Case No. 13-cv-01225 BRO (VBK) *and* Case No. 13-cv-07949 BRO (VBK)<br><br>**JUDGMENT** |

On August 19, 2014 (DKT#78), this Court dismissed the claims brought against Defendant Yamaha Motor Co., Ltd. on the basis of lack of jurisdiction.

On April 29, 2015 (DKT #111), this Court entered an Order Granting Defendant Yamaha Motor Co., U.S.A.'s Motion to Dismiss ("April 29 Order").  In the April 29 Order, the Court dismissed, with prejudice, all claims in the Second Amended and Consolidated Class Action Complaint filed by Plaintiffs on February 2, 2015.

Based on the foregoing, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendant Yamaha Motor Co., Ltd. are hereby dismissed.

Based on the foregoing, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendant Yamaha Motor Corporation, U.S.A. are hereby dismissed, with prejudice, and that judgment is entered in favor of Defendant Yamaha Motor Corporation, U.S.A.

**IT IS SO ORDERED.**

Dated:  May 29, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge